## No. 5129.

R. S. WELHAM VS. JAMES G. LINGHAM.

The defense against paying the plaintiff the amount sued upon and alleged to be due on a contract of lease is, that plaintiff failed to make the repairs specified in the answer, after being notified, and, consequently, defendant abandoned the premises. The required repairs, it is shown, would not have exceeded fifty dollars. Defendant had not sufficient ground to violate the contract of lease. His remedy was to pursue the course pointed out by article 2694 of the Revised Code.

APPEAL from the Fourth District Court, parish of Orleans. *Lynch, J. J. N. Brickell,* for plaintiff and appellee. *T. J. McCay,* for defendant and appellant.

WYLY, J. Defendant appeals from the judgment herein, compelling him to pay plaintiff the amount due on a contract of lease. The defense is, plaintiff failed to make the repairs specified in the answer, after being

notified, and, in consequence, defendant abandoned the premises. The required repairs, it is shown, would not have cost exceeding fifty dollars.

We think defendant had no sufficient ground to violate the contract of lease. His remedy was to pursue the course pointed out by article 2694 of the Revised Code, which authorizes the lessee to make himself the repairs which the lessor was required but failed to make, after being notified to do so, and deduct the price from the rent. 3 R. 52; 4 R. 428; 5 An. 760.

Judgment affirmed.